# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RLI INSURANCE COMPANY, as Assignee
of Arkansas Cable and Fiber Optics, Inc.,

    Plaintiff,

v.                                                    No. 04-cv-2526-Ma

JACO AIRFIELD CONSTRUCTION, INC.,

    Defendant.

---

JACO AIRFIELD CONSTRUCTION, INC.

    Third Party Plaintiff,

v.

RLI INSURANCE COMPANY, As Assignee
of Arkansas Cable and Fiber Optics, Inc.,

    Third Party Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel, and announce to the Court that all matters and things heretofore in controversy between the Plaintiff and Defendant have been settled and compromised and that all matters and things heretofore in controversy between the Third Party Plaintiff and Third Party Defendant have been settled and compromised, and that both the Plaintiff and the Third Party Plaintiff's claims should therefore be dismissed, with prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

/5

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint of Plaintiff, RLI Insurance Company, against Defendant, JACO Airfield Construction, Inc., be and is hereby dismissed with prejudice and that the third party claim of Third Party Plaintiff, JACO Airfield Construction, Inc., against Third Party Defendant, Arkansas Cable & Fiber Optics, Inc., be and is hereby dismissed with prejudice.

_____
JUDGE

Date: August 18, 2005

Approved for Entry

_____
John D. Willet    BPR #18958

LESS, GETZ & LIPMAN, PLC
100 Peabody Place, Suite 1000
Memphis, Tennessee 38103
(901) 525-8700

*Attorneys and Counselors for Plaintiff
and Third Party Defendant
Arkansas Cable & Fiber Optics, Inc.*

_____
Jennifer M. Bermel    BPR # 21392

ROSSIE, LUCKETT & RIDDER, P.C.
1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120-4397
(901) 763-1800

*Attorneys and Counselors for Defendant
and Third Party Plaintiff
JACO Airfield Construction, Inc.*

H:\DOCS\4989\pld JDW - Consent Order of Dismissal

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02526 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

David A. Billions
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT